F. E. CHILDS CO., INC. *v.* UNITED STATES

No. 4429.—Invoice dated Dresden, Germany, April 4, 1938.
　　　　　　Certified April 5, 1938.
　　　　　　Entered at New York April 21, 1938.
　　　　　　Entry No. 844634.

(Decided October 26, 1938)

*Brooks & Brooks* for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

DALLINGER, Judge: This appeal to reappraisement has been stipulated and submitted for decision.

On the agreed facts, I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise involved, and that such value was 6390 reichsmarks. Judgment will be rendered accordingly.